UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kou L.,

      Petitioner,

v.

Troy Schilling, *in his capacity as Warden,*
*Crow Wing County Jail*; David Easterwood,
*in his capacity as Acting Director of St. Paul*
*Field Office*; Kristi Noem, *in her capacity as*
*Secretary of the United States Department of*
*Homeland Security*; Pamela Bondi, *in her*
*official capacity as Attorney General of the*
*United States*; and Todd M. Lyons*, in his*
*official capacity as Acting Director of the*
*United States Immigration and Customs*
*Enforcement*,

      Respondents.

File No. 26-cv-1672 (ECT/DLM)

**ORDER**

---

Magistrate Judge Douglas L. Micko issued a Report and Recommendation dated March 13, 2026. ECF No. 9. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.    The Report and Recommendation [ECF No. 9] is **ACCEPTED**.

2.    Petitioner Kou L.'s Petition for Writ of Habeas Corpus [ECF No. 1] is **GRANTED**.

3. Respondents release Petitioner Kou L. from custody:

   a. Immediately;

   b. Inside the State of Minnesota;

   c. At a safe time and place communicated in advance to counsel; and

   d. With all of Petitioner's personal effects in Respondents' possession or control, including, but not limited to, Kou's driver's license, immigration paperwork, work authorization, cell phone, keys, and clothing.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 18, 2026                           s/ Eric C. Tostrud
                                                Eric C. Tostrud
                                                United States District Court

2