# UNITED STATES DISTRICT COURT
## District of Minnesota

Kou Lor,

**JUDGMENT IN A CIVIL CASE**

Petitioner(s),

v.

Case Number: 26-cv-1672 ECT/DLM

Troy Schilling, David Easterwood, Kristi Noem, Pamela Bondi, Todd M. Lyons,

Respondent(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation [ECF No. 9] is **ACCEPTED**.
2. Petitioner Kou L.'s Petition for Writ of Habeas Corpus [ECF No. 1] is **GRANTED**.
3. Respondents release Petitioner Kou L. from custody: a. Immediately;
   b. Inside the State of Minnesota;
   c. At a safe time and place communicated in advance to counsel; and
   d. With all of Petitioner's personal effects in Respondents' possession or control, including, but not limited to, Kou's driver's license, immigration paperwork, work authorization, cell phone, keys, and clothing.

Date: 3/19/2026

KATE M. FOGARTY, CLERK